IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.

INFORMATION

JOHN R. SHANNONHOUSE
and
DEBORAH L. GIBBONS

5:10-CR-56-RS

_____/

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

From on or about October 1, 2007, through on or about August 28, 2008, in the Northern District of Florida, the defendants,

JOHN R. SHANNONHOUSE
and
DEBORAH L. GIBBONS,

did knowingly and willfully combine, conspire, confederate, and agree together, to commit offenses against the United States and to defraud the United States, or any agency thereof, that is to knowingly and willfully steal, purloin and convert to their own use, property of the United States, that is, approximately one-hundred and twenty-nine thousand, nine-hundred and seventy-eight dollars ( $129,978.00), in violation of Title 18, United States Code, Section 641.

OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants, **JOHN R. SHANNONHOUSE** and **DEBORAH L. GIBBONS**, committed

and caused to be committed the following overt act, among others, in the Northern District of Florida and elsewhere:

On or about August 18, 2008, defendants, **JOHN R. SHANNONHOUSE** and **DEBORAH L. GIBBONS**, went to the West Marine store in Panama City, Florida and used a corporate credit card to purchase items for personal use, including a cooler, knives, sunglasses, and clothing.

All in violation of Title 18, United States Code, Section 371.

## CRIMINAL FORFEITURE

The allegations in Count One of this Information are re-alleged and incorporated herein for the purpose of alleging forfeiture to the United States of America.

From their engagement in the violation alleged in Count One of this Information, the defendants,

**JOHN R. SHANNONHOUSE**
and
**DEBORAH L. GIBBONS,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461, any and all of the defendants' right, title and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offenses, that is, $129,978.00 in United States currency.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    i.    cannot be located upon the exercise of due diligence;

      ii.      has been transferred or sold to, or deposited with, a third party;

      iii.     has been placed beyond the jurisdiction of this court;

      iv.     has been substantially diminished in value; or

      v.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

December 8, 2010
Date

PAMELA C. MARSH
United States Attorney

GAYLE E. LITTLETON
Assistant United States Attorney